UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MILESTONE CONDOMINIUM ASSOCIATION, a Washington nonprofit corporation, | Case No. 2:17-cv-00832-RSM |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE DEADLINE FOR FRCP 26(f) CONFERENCE, INITIAL DISCLOSURES, AND EARLY SETTLEMENT** |
| v. | |
| STATE FARM FIRE & CASUALTY COMPANY, an Illinois Company; and DOE INSURANCE COMPANIES 1-10, | |
| Defendants. | |

## [PROPOSED] ORDER

This matter having come on for hearing before the Honorable Ricardo S. Martinez on Plaintiff's Motion to Continue Deadline for FRCP 26(f) Conference, Initial Disclosures, and Early Settlement, the Court having considered:

(1) Plaintiff's Motion to Continue Deadline for FRCP 26(f) Conference, Initial Disclosures, and Early Settlement; and

(2) Declaration of Jessica R. Burns in Support of Plaintiff's Motion to Continue Deadline for FRCP 26(f) Conference, Initial Disclosures, and Early Settlement;

and the Court having now found good cause;

IT IS SO ORDERED that: (1) the Deadline for FRCP 26(f) Conference is continued from June 28, 2017 to **July 28, 2017**; (2) the Initial Disclosure Deadline is continued from July 5, 2017 to **August 4, 2017**; and (3) the Deadline for the Joint Status Report is continued from July 12, 2017 to **August 11, 2017**.

STEIN, SUDWEEKS & HOUSER
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE: 206-388-0660
FAX: 206-286-2660

1  **DATED THIS** 29th day of June, 2017.

2

3

4

5          RICARDO S. MARTINEZ
           CHIEF UNITED STATES DISTRICT JUDGE

6

7

8  Presented by:

9  STEIN, SUDWEEKS & HOUSER, PLLC

10

11  By:  /s/ Jessica R. Burns
           Justin Sudweeks, WSBA 32327
12         Jessica R. Burns, WSBA 49852
           Attorneys for Plaintiff Milestone Condominium Association
13         2701 First Avenue, Suite 430
           Seattle, Washington 98121
14         Email: justin@condodefects.com
           Email: jessica@condodefects.com
15         Telephone: (206) 388-0660
           Facsimile:  (206) 286-2660
16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PLAINTIFF'S MOTION TO
CONTINUE DEADLINE FOR FRCP 26(f)
CONFERENCE, INITIAL DISCLOSURES, AND EARLY
SETTLEMENT (2:17-cv-00832-RSM) - 2

STEIN, SUDWEEKS & HOUSER
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE: 206-388-0660
FAX:  206-286-2660