HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MILESTONE CONDOMINIUM ASSOCIATION a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY, an Illinois Company; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. C17-832 RSM<br><br>**STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR EXCHANGE OF EXPERT WITNESS DISCLOSURE/REPORTS PURSUANT TO FED. R. CIV. P. 26(a)(2)** |

## **STIPULATED MOTION**

Come now, the Parties to the above-entitled action, by and through their respective counsel, and stipulate to this motion for a continuance of the expert disclosure deadline.

Currently, the expert disclosure deadline is scheduled for February 21, 2018. The parties stipulate to a continuance of this deadline to March 16, 2018 (a continuance of twenty-three (23) days) to provide the parties' expert witnesses with additional time to finalize their opinions. Therefore, the parties stipulate to this motion for a short continuance of the following date:

///

///

///

STIPULATED MOTION AND ORDER TO
CONTINUE EXPERT DISCLOSURE DEADLINE
(2:17-cv-00832-RSM) (2:17-cv-832-RSM) - 1

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Expert Disclosure Deadline** | February 21, 2018 | March 16, 2018 |

Pursuant to LR 16(b)(5) a scheduling Order may be modified "only for good cause and with the judge's consent." In this matter, an extension of the expert disclosure deadline will provide the parties' expert witnesses additional time to finalize their opinions. Additionally, the Association's expert consultant, Martin Flores of Dimensional Building Consultants, will be out of state and unreachable during the week expert disclosures are due.

The parties continue to diligently pursue discovery in this matter. Both parties have exchanged written discovery. Additionally, the parties have agreed to promptly provide available deposition dates for the following witnesses:

- The Association's expert consultant, Martin Flores (late March);
- The Association's Fed.R.Civ.P. 30(b)(6) (in late February or early March);
- State Farm's Fed.R.Civ.P. 30(b)(6) (in late March or early April);
- State Farm's expert consultant, JRP Engineering (early April).

This extension of the expert disclosure deadline will not change any other dates or events contained in the Order Setting Trial Date and Related Dates (Dkt. #12).

DATED this 31st day of January, 2018.

STEIN, SUDWEEKS & HOUSER, PLLC

*/s/ Jessica R. Burns*
Justin Sudweeks, WSBA #28755
Jessica R. Burns, WSBA #49852
2701 First Avenue, Suite 430
Seattle, WA 98121
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
Email: justin@condodefects.com
jessica@condodefects.com

STIPULATED MOTION AND ORDER TO
CONTINUE EXPERT DISCLOSURE DEADLINE
(2:17-cv-00832-RSM) (2:17-cv-832-RSM) - 2

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

Attorneys for Plaintiff Milestone Condominium Association

REED MCCLURE

*/s/ Jessica R. Burns, WSBA 49852, for Michael Rogers, via email authorization 01/30/2018*
Michael Rogers, WSBA #16423
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
Telephone: (206) 292-4900
Facsimile: (206) 223-0152
Email: mrogers@rmlaw.com
Attorney for Defendant State Farm

## ORDER

Based on the above stipulation, IT IS SO ORDERED that the expert disclosure deadline is continued from February 21, 2018 to March 16, 2018. No other deadlines or events are altered.

DATED this 2nd day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE
**(**2:17-cv-00832-RSM) (2:17-cv-832-RSM) - 3

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660