UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MILESTONE CONDOMINIUM ASSOCIATION, a Washington nonprofit corporation,

Plaintiff,

v.

STATE FARM FIRE & CASUALTY COMPANY, an Illinois Company; and DOE INSURANCE COMPANIES 1-10,

Defendants.

Case No. C17-0832 RSM

**ORDER GRANTING PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER BARRING STATE FARM'S DEPOSITION OF KEITH SOLTNER**

This matter having come on for hearing before the Honorable Ricardo S. Martinez on Plaintiff's Motion for a Protective order Barring or Limiting the Scope of State Farm's Deposition of Keith Soltner (Dkt. #15), and the Court having considered:

(1) Plaintiff's Motion for a Protective Order Barring or Limiting the Scope of State Farm's Deposition of Keith Soltner;

(2) Declaration of Justin Sudweeks in Support of Plaintiff's Motion for a Protective Order Barring or Limiting the Scope of State Farm's Deposition of Keith Soltner;

(3) Declaration of Keith Soltner;

(4) State Farm's Response to Plaintiff's Motion for Protective Order;

(5) Declaration of Michael S. Rogers in Response to Motion for Protective Order and exhibits thereto;

(6) Plaintiff Milestone Condominium Association's Reply Re: Motion for a Protective Order Barring or Limiting the Scope of State Farm's Deposition of Keith Soltner; and

1    (7) Reply Declaration of Justin Sudweeks Re Motion for Protective Order Re Deposition of
2        Keith Soltner;

IT IS SO ORDERED that: The Association's motion for a protective order (Dkt. #15) is GRANTED for the reasons set forth in Plaintiff's motion and reply briefs. The Association's former expert, Keith Soltner, is no longer retained as an expert witness and will not be testifying at trial. State Farm has not demonstrated exceptional circumstances to justify the deposition of Keith Soltner. Thus, pursuant to Fed. R. Civ. P. 26(b)(4)(D), State Farm is not entitled to take Mr. Soltner's deposition.

DATED THIS 17th day of May 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE